```
CLERK'S OFFICE U.S. DIST. COURT
      AT ROANOKE, VA
           FILED
       NOV 0 8 2005
   JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5-05-cr- 0016-01 |
| v. ) | **ORDER** |
| ) | |
| DENIS JAMES MITCHELL, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: November 7, 2005

*/s/ Glen Conrad*
United States District Judge